**LAW OFFICE OF THOMAS P. HOGAN**
Thomas P. Hogan, Esq. (SBN 95055)
tom@tomhoganlaw.com
Shawnte Priest, Esq. (SBN 298460)
shawnte@tomhoganlaw.com
1207 13th Street, Suite 1
Modesto, CA 95354
Telephone: (209) 214-6600
Facsimile: (209) 492-9356

**SHIMODA LAW CORP.**
Galen T. Shimoda (SBN 226752)
attorney@shimodalaw.com
Erika R. C. Sembrano (SBN 306635)
esembrano@shimodalaw.com
9401 East Stockton Blvd., Ste 200
Elk Grove, California 95624
Telephone:   (916) 525-0716
Facsimile:    (916) 760-3733

Attorneys for Plaintiff
JESSICA BARRIOS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Derek S. Sachs (SBN 253990)
Derek.Sachs@lewisbrisbois.com
Ashley N. Arnett (SBN 305162)
Ashley.Arnett@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, CA 95833
Telephone: (916) 564-5400
Facsimile:  (916) 564-5444

Attorneys for Defendant
AMERICAN PROPERTY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JESSICA BARRIOS,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAN PROPERTYMANAGEMENT, INC. and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No. 1:18-cv-00352-AWI-SKO<br><br>**JOINT STIPULATION TO VACATE DATES IN EXISTING SCHEDULING ORDER AND RE-ISSUE UPDATED SCHEDULING ORDER AFTER COMPLETION OF RESOLUTION EFFORTS; ORDER**<br><br>Complaint Filed:   February 9, 2018<br>Removal Filed:     March 12, 2018 |

WHEREAS, this Stipulation is made and entered into by Defendant AMERICAN PROPERTY MANAGEMENT, INC. ("Defendant") and Plaintiff JESSICA BARRIOS ("Plaintiff") (collectively the "Parties");

WHEREAS, the Court filed its Scheduling Order (ECF No. 13) ("Scheduling Order") on July 5, 2018;

WHEREAS, the Parties have met and conferred regarding the merits of this matter and mutually desire to explore early resolution of this action and avoid unnecessary expenditure of time and fees on formal litigation;

WHEREAS, while the Parties have agreed to attend a private mediation with agreed-upon mediator Lisa Klerman, the Parties are currently engaging in discussions pertaining to said mediation, including discussing a demand to be sent to Defendant prior to mediation, and will need another ninety (90) days to finalize the demand and confirm a mediation date with Ms. Klerman;

WHEREAS, the Parties have, in good faith, have informally exchanged information and documents in anticipation of mediation and will continue to exchange further information and documents as necessary prior to mediation;

THEREFORE, good cause exists for this stipulation and order to vacate the dates in the Scheduling Order and to re-issue an updated Scheduling Order if resolution efforts towards and/or at mediation are unsuccessful, so that the Parties may explore potential settlement prior to incurring further litigation fees and costs;

WHEREFORE, the Parties hereby jointly stipulate and request an order as follows:

The dates and deadlines enumerated in the existing Scheduling Order are vacated, and the Parties shall report to the Court after ninety (90) days regarding the status of the Parties' resolution discussions and whether the Parties have set a mediation date. If the Parties have not yet set a mediation date by this time, the Court will reissue an updated Scheduling Order.

//
//
//
//

2

JOINT STIP TO VACATE DATES IN SCHEDULING ORDER     CASE NO. 1:18-CV-00352-AWI-SKO    2
& RE-ISSUE AFTER RESOLUTION EFFORTS; [PPSD ORDER]

1 | IT IS SO STIPULATED.

3 | Dated: October 8, 2018    LAW OFFICE OF THOMAS P. HOGAN

By: __/s/ Shawnté Priest (as authorized on 10.8.18)
    Thomas P. Hogan
    Shawnte Priest
    Attorneys for Plaintiff

Dated: October 8, 21018    SHIMODA LAW CORP.

By: __/s/ Erika R. C. Sembrano_____
    Galen T. Shimoda
    Erika R. C. Sembrano
    Attorneys for Plaintiff

Dated: October 8, 2018    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Derek S. Sachs (as authorized on 10.8.18)
    Derek S. Sachs
    Ashley N. Arnett
    Attorneys for Defendant

3

JOINT STIP TO VACATE DATES IN SCHEDULING ORDER     CASE NO. 1:18-CV-00352-AWI-SKO     3
& RE-ISSUE AFTER RESOLUTION EFFORTS; [PPSD ORDER]

**ORDER**

FOR GOOD CAUSE SHOWN AND IN ORDER TO PROMOTE SETTLEMENT EFFORTS, IT IS HEREBY ORDERED AS FOLLOWS:

The terms of the above Stipulation are hereby approved and adopted. The dates and deadlines enumerated in the existing Scheduling Order are vacated pending the Parties' participation in resolution efforts. The Parties are ordered to report to the Court the result of these resolution efforts and the confirmation of a mediation date, if any, no later SEVEN (7) DAYS following the setting of a mediation date AND no later than SEVEN (7) days following the mediation.

If, after further negotiations, the parties decide not to pursue mediation, the parties shall file with the Magistrate Judge a request for a new scheduling order, within SEVEN (7) DAYS of the decision not to mediate.

IT IS SO ORDERED.

Dated: October 9, 2018

SENIOR DISTRICT JUDGE

4

JOINT STIP TO VACATE DATES IN SCHEDULING ORDER   CASE NO. 1:18-CV-00352-AWI-SKO   4
& RE-ISSUE AFTER RESOLUTION EFFORTS; [PPSD ORDER]