# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRIOS, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN PROPERTY MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | No. 1:18-cv-00352-AWI-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Docs. 13, 17)** |

On October 8, 2018, the parties filed a "Joint Stipulation to Vacate Dates in Existing Scheduling Order and Re-Issue Updated Scheduling Order After Completion of Resolution Efforts" (the "Stipulation"). (Doc. 17.) In the Stipulation, the parties indicate that they have agreed to attend private mediation and need another ninety days to finalize the demand and confirm a mediation date with the mediator. (*See id*. at 2.) They request that the Court to vacate the dates in the Scheduling Order (Doc. 13) and to re-issue an updated Scheduling Order after ninety days if resolution efforts towards and/or at mediation are unsuccessful. (*See id*.)

While the Court declines to vacate the Scheduling Order, it shall, for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), modify the Scheduling Order and enlarge the deadlines by ninety days to permit the parties to explore potential settlement by private mediation. Accordingly, it is hereby

ORDERED that the Scheduling Order (Doc. 13) is hereby MODIFIED as follows:

1. Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than January 7, 2019.[1]

2. Class certification discovery shall be completed by no later than April 15, 2019.

3. The motion for class certification shall be filed by no later than May 28, 2019.

4. Any opposition to the motion for class certification shall be filed by no later than June 24, 2019.

5. Any reply brief in support of the motion for class certification shall be filed by no later than July 8, 2019.

6. The motion for class certification shall be heard on July 29, 2019, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

7. A status conference to set further scheduling dates is set for October 29, 2019, at 10:15 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than October 22, 2019, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **October 9, 2018**   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings by January 7, 2019, does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary. All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).