| | |
|---|---|
| 1 | LAW OFFICE OF THOMAS P. HOGAN |
| 2 | THOMAS P. HOGAN, ESQ (CA SBN 95055) |
|   | SHAWNTE PRIEST, ESQ (CA SBN 298460) |
| 3 | 1207 13th Street, Suite 1 |
|   | Modesto, California 95354 |
| 4 | Telephone: 209-214-6600 |
|   | Facsimile: 209-492-9356 |
| 5 | Electronic Mail:   tom@tomhoganlaw.com |
|   |                   shawnte@tomhoganlaw.com |
| 6 | SHIMODA LAW CORP. |
| 7 | GALEN SHIMODA, ESQ. (CA SBN 226752) |
|   | ERIKA SEMBRANO, ESQ. (CA SBN 306635) |
| 8 | 9401 E. Stockton Boulevard, Ste 200 |
|   | Elk Grove, CA 95624 |
| 9 | Telephone: 916-525-0716 |
|   | Facsimile: 916-760-3733 |
| 10 | Electronic Mail:   attorney@shimodalaw.com |
|    |                   esembrano@shimodalaw.com |
| 11 | Attorneys for Plaintiff JESSICA BARRIOS |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA BARRIOS, individually and on behalf of all other similarly situated, | Case No. 1:18-cv-00352-AWI-SKO |
| Plaintiffs, | **CLASS ACTION** |
| vs. | **STIPULATION & ORDER TO FILE A FIRST AMENDED COMPLAINT AND FOR ISSUANCE OF SCHEDULING ORDER** |
| AMERICAN PROPERTY MANAGEMENT, INC. and DOES 1 through 10 inclusive, | |
| Defendants | **Doc. 24** |

///

This Stipulation and proposed Order is entered into between Plaintiff JESSICA BARRIOS ("Plaintiff") and Defendant AMERICAN PROPERTY MANAGEMENT, INC. (hereinafter referred to as "Defendant") (Plaintiff and Defendant collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff submitted a notice to the Labor and Workforce Development Agency ("LWDA") alleging claims under the Private Attorneys General Act ("PAGA") on about November 17, 2017, for the failure to pay overtime wages; failure to provide rest periods; failure to provide accurate wage statements; failure to pay final wages; and failure to provide a reasonable lactation accommodation;

WHEREAS, upon proper exhaustion of her administrative remedies as to her November 7, 2017, written notice to the LWDA, Plaintiff initiated the above entitled action by filing a wage and hour putative class and PAGA action and discrimination and wrongful termination complaint in the Superior Court of California for the County of Stanislaus on about February 9, 2018, against Defendant;

WHEREAS Defendant filed a notice of removal and removed this action to the United States District Court, Eastern District of California on about March 12, 2018;

WHEREAS Plaintiff submitted an amended notice to the LWDA alleging further claims and theories under the PAGA on about September 28, 2018, for the failure to pay minimum wages; failure to provide meal periods; failure to keep accurate time records; violation of Labor Code sections 558 and 558.1; failure to provide reimbursement expenses; unlawful retaliation; violation of the California Fair Pay Act; and failure to provide proper notice of paid sick leave;

WHEREAS Plaintiff contends the LWDA has not responded regarding its intent to investigate the claims laid out in the September 28, 2018, amended notice and, therefore, Plaintiff contends that she is statutorily authorized to act as a Private Attorney General on the amended noticed claims as of approximately December 12, 2018;

WHEREAS Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its pleading with the opposing party's written consent;

//

//

1

WHEREAS California Labor Code section 2699.3(a)(2)(C) provides that a plaintiff may as a matter of right amend an existing complaint to add a cause of action arising under the PAGA at any time within sixty (60) days of the time periods specified in the PAGA;

WHEREAS the Parties have engaged in discussions regarding potential resolution during the sixty (60) days pursuant to Labor Code section 2699.3(a)(2)(C) after December 12, 2018;

WHEREAS the Parties have decided not to mediate the claims alleged in Plaintiff's operative complaint;

WHEREAS the Parties have met and conferred regarding Plaintiff amending her operative complaint by filing a First Amended Complaint, a true and correct copy of which is attached hereto as **Exhibit A**, based on the allegations surrounding the further claims and theories alleged in the September 28, 2018, amended notice to the LWDA;

WHEREAS Defendant has agreed to permit Plaintiff to file the First Amended Complaint attached as **Exhibit A**;

WHEREAS Defendant denies the allegations in the proposed First Amended Complaint and is not making any admission of any kind whatsoever in agreeing to this stipulation;

WHEREAS, on about October 9, 2018, the Court vacated its Scheduling Order issued on July 5, 2018, given the Parties' request for such due to their attempt at early resolution;

WHEREAS, having decided not to pursue early resolution at this time, the Parties are requesting that the Court issue a new scheduling order;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That the Court will enter an Order granting Plaintiff leave to file her First Amended Complaint, attached hereto as **Exhibit A**;

2. That upon the date of entry of the Order hereon by the Court, Plaintiff's First Amended Complaint shall be deemed filed and served;

3. That Defendant shall have thirty (30) days from the date of entry of the Order hereon by the Court to file a responsive pleading; and

//

1      4.     That the Court will issue a new Scheduling Order, for which the Parties propose the following dates:

         a.     Any motions or stipulations requesting leave to amend must be filed no later than April 26, 2019;

         b.     Class certification discovery shall be completed by no later than August 30, 2019;

         c.     The motion for class certification shall be filed by no later than September 27, 2019;

         d.     Any opposition to the motion for class certification shall be filed by no later than October 24, 2019;

         e.     Any reply brief in support of the motion for class certification shall be filed by no later than November 7, 2019;

         f.     The motion for class certification shall be heard on or about November 28, 2019, in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

LAW OFFICE OF THOMAS P. HOGAN

DATED: March 1, 2019          By:    /s/ Shawnte Priest
                                                     Thomas P. Hogan
                                                     Shawnte Priest
                                                     Attorneys for Plaintiff
                                                     (Authorized on March 1, 2019)

SHIMODA LAW CORP.

DATED: March 1, 2019          By:    /s/ Galen T. Shimoda
                                                       Galen T. Shimoda
                                                       Erika R. C. Sembrano
                                                       Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

DATED: March 1, 2019          By:    /s/ Derek S. Sachs
                                                       Derek S. Sachs
                                                      Adam P. Smith
                                                      Attorneys for Defendant
                                                      (Authorized on March 1, 2019)

# **ORDER**

The Court is in receipt of the parties' above joint "Stipulation to File a First Amended Complaint and for Issuance of Scheduling Order" (the "Stipulation") filed March 1, 2019, indicating that the parties have decided not to pursue early resolution of the case through mediation and requesting the Court set a schedule in the case. (Doc. 24.) In view of the Court's October 9, 2018 order vacating the original scheduling order in this case and ordering the parties to request a new scheduling order if the parties decide not to pursue mediation (*see* Doc. 18), and in accordance with the parties' above Stipulation, the Court HEREBY ORDERS that:

1. Plaintiff's request for leave to file her First Amended Complaint, is GRANTED;
2. Plaintiff SHALL file a First Amended Complaint, a copy of which was filed as Exhibit A to the parties' Stipulation (*see* Doc. 24), within three (3) calendar days of the date of this Order;
3. Defendant SHALL have twenty-eight (28) days from the date Plaintiff files the First Amended Complaint to file a responsive pleading; and
4. The Court SETS the following deadlines:
    a. Any motions or stipulations requesting leave to amend the pleadings must be filed by no later than April 26, 2019;[1]
    b. Class certification discovery shall be completed by no later than August 30, 2019;
    c. The motion for class certification shall be filed by no later than September 27, 2019;
    d. Any opposition to the motion for class certification shall be filed by no later than October 24, 2019;
    e. Any reply brief in support of the motion for class certification shall be filed by no later than November 7, 2019;

---

[1] The parties are advised that filing motions and/or stipulations requesting leave to amend the pleadings by April 26, 2019, does not reflect on the propriety of the amendment or imply good cause to modify the existing schedule, if necessary. All proposed amendments must (A) be supported by good cause pursuant to Fed. R. Civ. P. 16(b) if the amendment requires any modification to the existing schedule, *see Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), and (B) establish, under Fed. R. Civ. P. 15(a), that such an amendment is not (1) prejudicial to the opposing party, (2) the product of undue delay, (3) proposed in bad faith, or (4) futile, *see Foman v. Davis*, 371 U.S. 178, 182 (1962).

| | | |
|---|---|---|
| 1 | f. | The motion for class certification shall be heard on or about December 2, 2019, at 1:30 p.m. in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge; and |
| 4 | g. | A status conference to set further scheduling dates is set for March 24, 2020, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than March 17, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case. |

IT IS SO ORDERED.

Dated:     **March 4, 2019**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE