**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SBN 253990
  derek.sachs@lewisbrisbois.com
ADAM P. SMITH, SB# 322035
  E-Mail: Adam.Smith@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant American Property Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JESSICA BARRIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN PROPERTY MANAGEMENT, INC.,<br><br>    Defendant. | CASE NO. 1:18-cv-00352-AWI-SKO<br><br>**JOINT STIPULATION AND ORDER TO SERVE ADDITIONAL DISCOVERY**<br><br>**Doc. 27** |

This Stipulation and Proposed Order is entered into between Plaintiff Jessica Barrios ("Plaintiff") and Defendant American Property Management, Inc. ("Defendant") (Plaintiff and Defendant collectively, "the parties").

The parties seek, by and through this Stipulation, to serve an additional twenty-five interrogatories, thereby allowing a total of fifty interrogatories per party.

WHEREAS, Federal Rule of Civil Procedure Rule 33 provides that parties may serve more than twenty-five interrogatories through stipulation or leave from the Court to the extent the request is consistent with Rule 26(b)(2). Fed. R. Civ. P. 33(a)(1).

/ / /

/ / /

/ / /

WHEREAS, Plaintiff has filed a First Amended Complaint asserting additional causes of action for Failure to Pay Minimum Wage, Failure to Provide Meal Periods, Failure to Pay Reimbursement Expenses, and Unlawful Retaliation.

WHEREAS, the parties will need to conduct additional discovery to determine the viability of these claims, the scope of the proposed class, and associated damages.

WHEREAS, the parties have met and conferred and determined that additional written discovery is the most efficient means of conducting fact investigation at this time.

IT IS HEREBY STIPULATED by and among the parties, through their respective counsel of record, that, with this Court's approval, each party shall be allowed to serve a total of fifty interrogatories.

**LAW OFFICE OF THOMAS P. HOGAN**

DATED: March 8, 2019  By:  /S/ Shawnte Priest
Thomas P. Hogan
Shawnte Priest
Attorneys for Plaintiff

**SHIMODA LAW CORP.**

DATED: March 8, 2019  By:  /S/ Erika Sembrano
Galen T. Shimoda
Erika R. C. Sembrano
Attorneys for Plaintiff

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

DATED: March 8, 2019  By:  /S/ Derek Sachs
Derek S. Sachs
Adam P. Smith
Attorneys for Defendant

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having considered the parties' above "Stipulation to Serve Additional |
| 3 | Discovery" (the "Stipulation") (Doc. 27), and for good cause shown, HEREBY GRANTS the |
| 4 | parties' stipulated request for additional discovery. |
| 5 | Pursuant to the parties' Stipulation, each party may serve twenty-five (25) interrogatories |
| 6 | in addition to those allowed under Federal Rule of Civil Procedure Rule 33, thereby allowing a |
| 7 | total of fifty (50) interrogatories per party. |

IT IS SO ORDERED.

Dated: __**March 11, 2019**__         /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE