# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BARRIOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN PROPERTY MANAGEMENT, INC.,<br><br>Defendant. | No. 1:18-cv-00352-AWI-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Docs. 25, 31)** |

On July 12, 2019, the parties filed a "Joint Stipulation and Order to Vacate the Existing Scheduling Order and July 31, 2019 Status Conference Pending Mediation" (the "Stipulation"). (Doc. 31.) In the Stipulation, the parties indicate that they have agreed to attend private mediation on September 23, 2019. (*See id*. at 2.) The parties request that the Court vacate the dates in the Scheduling Order (Doc. 25) and require that a status report be filed within thirty days after completion of the mediation.[1] (*See id*. 2–3.)

While the Court declines to vacate the Scheduling Order, it shall, for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), modify the Scheduling Order and enlarge the deadlines to permit the

---

[1] The parties also seek to vacate a status conference set July 30, 2019; that conference, however, was previously vacated on October 9, 2018. (*See* Doc. 18.)

parties to engage in private mediation.  Accordingly, it is hereby ORDERED that the Scheduling Order (Doc. 25) is hereby MODIFIED as follows:

1. Class certification discovery shall be completed by no later than December 20, 2019.

2. The motion for class certification shall be filed by no later than January 27, 2020.

3. Any opposition to the motion for class certification shall be filed by no later than February 24, 2020.

4. Any reply brief in support of the motion for class certification shall be filed by no later than March 9, 2020.

5. The motion for class certification shall be heard on March 30, 2020, at 1:30 p.m., in Courtroom 2 before the Honorable Anthony W. Ishii, Senior United States District Judge.

6. A status conference to set further scheduling dates is set for June 30, 2020, at 10:15 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than June 23, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:  **July 15, 2019**                              /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE