1 | **LAW OFFICE OF THOMAS P. HOGAN**
Thomas P. Hogan, Esq. (SBN 95055)
2 | tom@tomhoganlaw.com
Shawnte Priest, Esq. (SBN 298460)
3 | shawnte@tomhoganlaw.com
1207 13th Street, Suite 1
4 | Modesto, CA 95354
Telephone: (209) 214-6600
5 | Facsimile: (209) 492-9356

6 | **SHIMODA LAW CORP.**
Galen T. Shimoda (SBN 226752)
7 | attorney@shimodalaw.com
Erika R. C. Sembrano (SBN 306635)
8 | esembrano@shimodalaw.com
9401 East Stockton Blvd., Ste 200
9 | Elk Grove, California 95624
Telephone: (916) 525-0716
10 | Facsimile: (916) 760-3733

11 | Attorneys for Plaintiff
JESSICA BARRIOS
12 |

13 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Derek S. Sachs (SBN 253990)
14 | Derek.Sachs@lewisbrisbois.com
ADAM P. SMITH, SBN 322035
15 | Adam.Smith@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
16 | Sacramento, CA 95833
Telephone: (916) 564-5400
17 | Facsimile: (916) 564-5444

18 | Attorneys for Defendant
AMERICAN PROPERTY MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JESSICA BARRIOS,<br><br>                Plaintiff,<br><br>     vs.<br><br>AMERICAN PROPERTY MANAGEMENT, INC. and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No. 1:18-cv-00352-AWI-SKO<br><br>**STIPULATION AND ORDER TO DISMISS INDIVIDUAL CLAIMS WITH PREJUDICE AND REMAND THIS ACTION TO STATE COURT** |

On October 7, 2019, the parties filed the following stipulation:

This Stipulation and Proposed Order is entered into between Plaintiff Jessica Barrios ("Plaintiff") and Defendant American Property Management, Inc. ("Defendant") (Plaintiff and Defendant all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiffs filed a complaint alleging class and individual claims against Defendant in the Superior Court of California for the County of Stanislaus, Case No. 2028910 on February 9, 2018 including claims for unlawful discrimination based on sex and wrongful termination in violation of public policy;

WHEREAS Defendant removed Plaintiff's lawsuit to the United States District Court for the Eastern District of California on approximately March 12, 2018 solely based on diversity jurisdiction under 28 U.S.C. § 1332 and on the value of Plaintiff's individual claims, with the remaining state law class claims being maintained through supplemental jurisdiction pursuant to 28 U.S.C. § 1367;

WHEREAS the Parties have met and conferred regarding these matters and agreed that Plaintiffs' individual claims for unlawful retaliation, unlawful discrimination based upon sex, and wrongful termination in violation of public policy (Plaintiff's tenth, eleventh, and twelfth causes of action) should be dismissed with prejudice;

WHEREAS these dismissed claims were the basis for satisfying the amount in controversy requirements of original jurisdiction pursuant to 28 U.S.C. § 1332;

WHEREAS the Parties have met and conferred regarding these matters and agreed that supplemental jurisdiction of the remaining state law claims should be denied pursuant to 28 U.S.C. § 1367(c)(2)-(3), *Rodriguez v. Emeritus Corp.*, 2018 U.S. Dist. LEXIS 151295 (E.D. Cal. 2018), and *Ayala v. Infinity Ins. Co.*, 2010 U.S. Dist. LEXIS 75591 (C.D. Cal. 2010) and that the Court should remand the lawsuit back to the Superior Court of California for the County of Stanislaus, Case No. 2028910;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1.  That Plaintiff's tenth, eleventh, and twelfth causes of action should be dismissed with prejudice;

2. That the Court should decline supplemental jurisdiction of Plaintiff's remaining state law class action claims;

3. That this case will be remanded to the Superior Court of California for the County of Stanislaus, Case No. 2028910.

IT IS SO STIPULATED.

Dated: October 7, 2019                                LAW OFFICE OF THOMAS P. HOGAN

By: __/s/__Shawnte Priest_____
    Thomas P. Hogan
    Shawnte Priest
    (As Authorized 10/6/19)
    Attorneys for Plaintiff

Dated: October 7, 2019                                SHIMODA LAW CORP.

By: _/s/ Justin P. Rodriguez_____
    Galen T. Shimoda
    Justin P. Rodriguez
    Brittany V. Berzin
    Attorneys for Plaintiff

Dated: October 7, 2019                                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Derek S. Sachs_____
    Derek S. Sachs
    (As Authorized 10/7/19)
    Adam P. Smith
    Attorneys for Defendant

After consideration, the Court will give effect to the above stipulation.

**ORDER**

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Plaintiff's tenth, eleventh, and twelfth causes of action are dismissed with prejudice;
2. Pursuant to 28 U.S.C. § 1367(c), having dismissed Plaintiff's tenth, eleventh, and twelfth causes of action, the Court declines supplemental jurisdiction of Plaintiffs' remaining claims, which solely arise under state law; and
3. This case is REMANDED back to the Stanislaus County Superior Court, Case No. Case No. 2028910; and
4. The Clerk shall CLOSE this case and send a certified copy of this Order to the clerk of the Stanislaus County Superior Court, pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: October 7, 2019

SENIOR DISTRICT JUDGE